THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARK D. EWELL, Appellant and Respondent, *v.* LLOYD P. ROBSON, Respondent, and COUNTY OF OSWEGO, Respondent and Appellant.

Argued May 17, 1938; decided May 31, 1938.

*Francisco Penberthy* and *Milton D. Nelson* for relator, appellant and respondent.

*William M. Gallagher* for defendant county of Oswego, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.